*Name:* **Mohamed Othmane Samie (CSBN: 344269)**

*Address:* **2414 S Garfield Avenue, Monterey Park, CA 91754**

*Phone:* **(818)-836-4976**

*Email:* **othmane.samie@gmail.com**

Attorney for Plaintiff

Timeless Production FZ LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**<br><br>Plaintiff,<br>v.<br><br>**COLE WALKER,** AN INDIVIDUAL MANAGING THE YOUTUBE CHANNELS **VOYAGER, VOYAGER ES, DECODE FR, VOYAGER PT AND DOES 1-10,** INCLUSIVE.<br><br>Defendant. | **Case No.: 2:25-cv-7689**<br><br>**COMPLAINT FOR:**<br><br>**(I) DIRECT COPYRIGHT INFRINGEMENT**<br><br>**(II) FALSIFICATION OF COPYRIGHT MANAGEMENT INFORMATION**<br><br>**(III)REMOVAL AND/OR ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION**<br><br>**(IV)PUBLIC DISPLAY RIGHT INFRINGEMENT**<br><br>**(V) UNFAIR COMPETITION**<br><br>**(VI)WILLFUL COPYRIGHT INFRINGEMENT**<br><br>**(VII) MISREPRESENTATION UNDER 17 U.S.C. § 512(f)** |

**DEMAND FOR JURY TRIAL**

## INTRODUCTION

1. Timeless Production FZ LLC ("Plaintiff") is a producer, editor, and publisher of original audiovisual content, including high-quality videos, featured on the Tekniq YouTube channel. With over 840,000 subscribers and more than 850 videos, Tekniq has built a

strong global audience, generating revenue through YouTube's monetization program, sponsorships, and viewer engagement. Plaintiff owns the exclusive copyrights to its content, which represents significant creative and financial investments.

2. Defendant Cole Walker, an individual, manages the YouTube channels: **Voyager** (https://www.youtube.com/channel/UCYYUGTG__Kc_4RBhv7FEolg) **Voyager ES** (https://www.youtube.com/channel/UCbQgdxnhVhJHeFxyddQFWFg) **Decode FR** (https://www.youtube.com/channel/UCxEKi4Tme_wZ4Z9WH3yW68A) and **Voyager PT** (https://www.youtube.com/channel/UCzDv816SxXdqkwp7lpEuXAg) which are engaged in widespread and systematic copyright infringement of Plaintiff's registered works. Along with Doe Defendants 1-10, whose identities and roles are presently unknown but who are believed to have participated in, facilitated, or contributed to the infringing conduct. Cole Walker has reproduced, copied, and publicly displayed Plaintiff's copyrighted videos without authorization. For purposes of this Complaint, "Defendants" refers collectively to Cole Walker and Doe Defendants 1-10. Defendants have illegally copied entire segments from Plaintiff's videos, removed or altered Copyright Management Information (CMI), and re-uploaded the content to their YouTube channels, thereby misleading viewers and obscuring the true origin and ownership of the content.

3. Defendants operate by extracting and compiling substantial portions of Plaintiff's registered works to produce and publish videos on their YouTube channels. Defendant's videos are built by repurposing Plaintiff's audiovisual works without authorization or license. These infringing compilations are falsely presented as original content, misleading viewers about their true origin. By re-uploading Plaintiff's copyrighted material without permission, Defendants monetize the content through the YouTube

COMPLAINT AGAINST COLE WALKER, ET AL., AND DEMAND FOR JURY TRIAL

Partner Program (YPP), generating substantial revenue. This deliberate misuse of Plaintiff's content has caused significant financial and reputational harm to Timeless Production FZ LLC by diverting viewers, subscribers, and advertising income from Plaintiff's YouTube channels.

4. Plaintiff has identified multiple instances of direct copyright infringement (**Exhibit B**), where Defendant's YouTube channels have unlawfully used Plaintiff's content, including:

   a) Unauthorized reproduction of Plaintiff's video segments, leading to direct monetary loss and audience diversion.

   b) Falsification and removal of Copyright Management Information (CMI), violating 17 U.S.C. § 1202(a) and 17 U.S.C. § 1202(b);

   c) Systematic efforts to misrepresent ownership of Plaintiff's registered works by using edited versions of the content without Plaintiff's consent.

5. Defendants have further engaged in bad faith conduct by submitting fraudulent DMCA counter-notices to YouTube, falsely claiming ownership of Plaintiff's content to evade enforcement. These misrepresentations have forced Plaintiff to take legal action to prevent the reinstatement of infringing content.

6. Defendant's willful copyright infringement and fraudulent conduct have caused significant financial and reputational harm to Plaintiff by diverting revenue, misleading viewers, and undermining the integrity of Plaintiff's original content. Plaintiff seeks monetary damages, injunctive relief, and statutory penalties under **17 U.S.C. §§ 501 and 1202**, as well as any other legal remedies available to stop Defendant's continued infringement and unfair competition.

## THE PARTIES

**7.** Plaintiff Timeless Production FZ LLC ("Timeless" or "Plaintiff") is a limited liability company registered in the United Arab Emirates, engaged in the production, editing, and publishing of audiovisual works, including films, documentaries, and videos. Plaintiff owns and operates the Tekniq YouTube channel, which hosts original videos covering informational, educational, and entertaining content related to technology, engineering, manufacturing, and industrial processes.

**8.** Timeless is the sole owner of the copyrights in the audiovisual works published on the Tekniq channel, including the videos ("Copyrighted Works") in **Exhibit A**. These works are monetized through YouTube's advertising revenue model, with Plaintiff deriving revenue based on viewership and engagement.

**9.** Plaintiff Timeless Production FZ LLC is informed and believes that Defendant Cole Walker, operating as **Voyager**, **Voyager ES**, **Decode FR**, and **Voyager PT**, is an individual residing at 825 S. Myrtle Ave, Monrovia, CA 91016, United States. (**Exhibit C**) The YouTube channels **Voyager** (554K subscribers, 2.3K videos), **Voyager ES** (92k subscribers, 1.8K videos), **Decode FR** (60k subscribers, 830 videos), and **Voyager PT** (158K subscribers, 770 videos) are generating revenue through YouTube's monetization program (YPP). Defendant Cole Walker can be reached through the contact details listed in his DMCA counter-notices (**Exhibit C**).

**10.** Doe Defendants 1-10 are unknown individuals or entities who have participated in, facilitated, or contributed to the infringing activities described herein but whose identities are currently unknown to Plaintiff. Plaintiff will amend this complaint to include their true identities once discovered.

11. Defendant's actions have resulted in widespread copyright infringement, causing Plaintiff to suffer significant financial losses, reputational harm, and the unauthorized dilution of its original works.

12. To protect its valuable intellectual property and ensure fair competition, Timeless brings this lawsuit against Defendants for copyright infringement, vicarious and/or contributory copyright infringement, removal and/or alteration of CMI, falsification of CMI, and unfair competition.

### JURISDICTION AND VENUE

13. This action arises under the Copyright Act, **17 U.S.C. § 101** et seq., and seeks relief for direct copyright infringement (**17 U.S.C. § 501**), falsification and removal of copyright management information (**17 U.S.C. § 1202**), and unfair competition under applicable laws.

14. This Court has subject matter jurisdiction over this action pursuant to **28 U.S.C. § 1331** (federal question jurisdiction) and **28 U.S.C. § 1338(a)** (exclusive jurisdiction over copyright claims) because this case arises under the federal copyright laws of the United States.

15. This Court has personal jurisdiction over Defendant Cole Walker because he resides in Monrovia, California. Defendant has engaged in acts of intentional and direct copyright infringement within this District and continues to operate and monetize infringing content accessible to users in this District and throughout the United States. As such, Defendant's conduct has caused foreseeable harm to Plaintiff within the jurisdiction of this Court.

**16.** Plaintiff asserts that Defendants actively participate in the YouTube Partner Program (YPP), a monetization scheme operated by YouTube, a subsidiary of Google LLC. Since its inception in 2007, the YPP has enabled vetted users to generate profit from advertising revenue generated through content hosted on the YouTube platform. The program operates through Google AdSense service, which facilitates the distribution of display ads as well as advertising payments. As of 2025, YouTube retains 45% of the advertising revenue, while the remaining 55% is paid directly to the participating content creator.

**17.** Venue is proper in this district pursuant to **28 U.S.C. § 1391(b)** and **28 U.S.C. § 1400(a)**, because a substantial part of the infringing conduct occurred within this judicial district. Defendants have actively distributed, publicly displayed, and monetized infringing content viewed by audiences within this district, causing harm to Plaintiff's business and revenue streams.

**18.** This Court also has supplemental jurisdiction over Plaintiff's state-law claims pursuant to 28 U.S.C. § 1367(a), as they arise from the same nucleus of operative facts as the federal claims and form part of the same case or controversy under Article III of the U.S. Constitution.

## **FACTUAL BACKGROUND**

**19.** Timeless Production is a producer, editor, and publisher of audiovisual works, including high-quality videos, showcased on the YouTube channel "Tekniq." Plaintiff owns the exclusive copyrights to these audiovisual works, which are the result of significant creative and financial investments.

20. Tekniq is a widely recognized and monetized YouTube channel that produces original content spanning various industries, including technology, engineering, and innovation. The channel has amassed a substantial global audience and generates revenue through YouTube's monetization program, sponsorships, and viewer engagement. Tekniq may be accessed via the following URL: https://www.youtube.com/@tekniqvid

21. As of 2025, the Tekniq channel has gained over 840,000 subscribers and uploaded more than 850 videos, each receiving thousands to millions of views. Several of its most popular videos have exceeded 10 million views. The Copyrighted Works featured on the Tekniq channel include original and registered audiovisual content, which forms the backbone of its business operations and revenue stream.

22. Plaintiff's Copyrighted Works involved in this action are registered with the U.S. Copyright Office and are exhibited as **Exhibit A**.

23. The Defendants have systematically reproduced, copied, displayed, and distributed Plaintiff's copyrighted videos without authorization on the Defendant's YouTube channels. Defendant's actions directly infringe on Plaintiff's exclusive rights, diverting viewers, subscribers, and revenue while profiting from Plaintiff's original content without consent. Defendants have engaged in widespread copyright infringement, unlawfully reproducing Plaintiff's works in multiple videos uploaded to the Defendant's YouTube channels. List of infringing works of the Defendants is exhibited as **Exhibit B**.

24. Defendants falsely represented ownership of Plaintiff's content, submitted fraudulent DMCA counter-notices, and engaged in bad faith actions to circumvent YouTube's copyright enforcement system, resulting in significant financial and reputational harm

COMPLAINT AGAINST COLE WALKER, ET AL., AND DEMAND FOR JURY TRIAL

to Plaintiff. Defendant's willful copyright infringement, combined with fraudulent conduct, constitutes unfair competition and unlawful business practices.

25. Defendants have engaged in a systematic effort to misrepresent ownership of Plaintiff's copyrighted works by submitting fraudulent DMCA counter-notices under **17 U.S.C. § 512(f)**. After Plaintiff rightfully issued DMCA takedown notices, YouTube temporarily removed the infringing content. However, Defendants knowingly and falsely submitted counter-notices under penalty of perjury, falsely claiming the infringing videos as their own original content. As a result, Timeless was left with no choice but to pursue the claims herein against Defendants in order to prevent the Unauthorized Works from remaining accessible on YouTube.

26. Defendant's actions demonstrate a pattern of willful copyright infringement, fraud, and unfair competition, as they sought to continue benefiting from Plaintiff's creative work while evading consequences. Defendant's false misrepresentations under the DMCA caused additional harm to Plaintiff by diverting revenue, forcing unnecessary legal costs, and requiring ongoing enforcement efforts. Plaintiff seeks damages, statutory penalties, and injunctive relief to hold Defendants accountable for these violations under **17 U.S.C. § 501, § 512(f)**, and **§ 1202**.

27. Plaintiff has incurred substantial damages due to Defendant's infringements, including loss of advertising revenue, reduced audience engagement, and the devaluation of its intellectual property. Defendant's ongoing infringement and fraudulent practices demand urgent injunctive relief to prevent further harm.

28. Through this lawsuit, Plaintiff seeks to hold Defendants accountable for its systematic copyright infringement, misrepresentation, and unlawful business practices. Plaintiff

requests monetary damages, statutory penalties, injunctive relief, and any other remedies available under **17 U.S.C. § 501 et seq., 17 U.S.C. § 1202**, and applicable state and federal laws to ensure that Defendants cease their infringing conduct and compensate Plaintiff for its unlawful gains.

## <u>COUNT I</u>
## DIRECT COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

29. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

30. Timeless is the owner of the exclusive copyrights in the audiovisual works featured on the Tekniq YouTube channel, including but not limited to the exclusive rights to reproduce, distribute, publicly perform, and display these works under **17 U.S.C. § 106**.

31. Defendants, without authorization or consent, directly copied, reproduced, publicly displayed, distributed, and/or made derivative works of Plaintiff's copyrighted videos by uploading them to the Defendant's YouTube channels.

32. Defendants have engaged in widespread copyright infringement, unlawfully reproducing Plaintiff's works in multiple videos uploaded to the Defendant's YouTube channels. Confirmed instances of direct copyright infringement have been mentioned in detail in the Factual Background.

33. The Defendant's unauthorized uploading, public display, and distribution of Plaintiff's copyrighted works through the Defendant's YouTube channels are actionable under 17 U.S.C. § 501.

34. Defendant's conduct aligns with the infringing behavior identified in *Viacom Int'l, Inc. v. YouTube, Inc.*, 676 F.3d 19 (2d Cir. 2012), where the court recognized that

unauthorized user uploads of copyrighted content to digital platforms constitute direct copyright infringement. Similarly, in *Disney Enters., Inc. v. VidAngel, Inc.*, 869 F.3d 848 (9th Cir. 2017), the court found that the unauthorized reproduction and distribution of copyrighted audiovisual works online violates 17 U.S.C. § 501. Defendant's unauthorized copying and monetization of Plaintiff's YouTube videos constitute direct copyright infringement under these precedents.

35. Defendant's infringement was willful, intentional, and for commercial gain, as evidenced by the monetization of the infringing videos on the Defendants YouTube channels, which diverted viewers, subscribers, and revenue from Plaintiff's Tekniq channel.

36. As a direct and proximate result of Defendant's unlawful conduct, Plaintiff has suffered and continues to suffer substantial harm, including but not limited to lost revenue, diminished audience engagement, reputational harm, and the devaluation of its intellectual property.

37. Plaintiff is entitled to recover statutory damages under **17 U.S.C. § 504(c)** of up to $150,000 per willful infringement, or in the alternative, Plaintiff's actual damages and Defendant's profits attributable to the infringement, in an amount to be determined at trial.

38. Plaintiff is entitled to injunctive relief under **17 U.S.C. § 502**, prohibiting Defendants from further infringing Plaintiff's copyrights and ordering the immediate removal of all infringing videos from the Defendants YouTube channels.

39. Plaintiff is further entitled to an award of full costs, including reasonable attorneys' fees, under **17 U.S.C. § 505**.

**40.** Plaintiff seeks an order for the impoundment and destruction of all copies of the infringing works pursuant to **17 U.S.C. § 503**.

## COUNT II
### FALSIFICATION OF COPYRIGHT MANAGEMENT INFORMATION
### (17 U.S.C. § 1202 (a))

**41.** Defendants have systematically falsified Copyright Management Information (CMI) in violation of **17 U.S.C. § 1202** by removing or altering CMI associated with Plaintiff's copyrighted works and substituting it with misleading or modified CMI bearing Defendant's own branding or attribution. Under **17 U.S.C. § 1202**, it is unlawful to remove or alter CMI with the intent to induce, enable, facilitate, or conceal infringement. Defendant's conduct demonstrates a deliberate effort to mislead viewers, obscure the true ownership of the content, and profit from Plaintiff's original works without authorization.

**42.** As detailed in the Factual Background, Defendant's pattern of falsifying CMI is evident in multiple infringing videos where they systematically erased Tekniq's branding and replaced it with their own logo to falsely present the content as their original work. This removal was executed to conceal the infringing nature of their uploads, mislead viewers, and monetize content that rightfully belongs to Plaintiff.

**43.** Defendant's removal, alteration and falsification of Copyright Management Information (CMI) was intentional and carried out with the clear purpose of deceiving viewers and circumventing YouTube's automated copyright enforcement systems. Such conduct can violate both **17 U.S.C. § 1202(a)** and **§ 1202(b)**. In particular, in the Report and Recommendation issued by Magistrate Judge Robert W. Lehrburger in *Business Casual Holdings, LLC v. TV-Novosti*, No. 21-cv-2007 (S.D.N.Y. Feb. 8, 2023) (Doc. 80), the

magistrate judge recommended a finding that removing a watermark and replacing it with the Defendant's own branding constituted violations of both provisions. Similarly, Defendants in this case removed Tekniq's visible branding from Plaintiff's videos and substituted their own identifying elements falsely attributing authorship and ownership in order to mislead viewers and digital platforms. This knowing falsification and substitution of CMI not only concealed the infringement but facilitated further unauthorized monetization, clearly triggering liability under both **§ 1202(a)** and **§ 1202(b)**.

44. Defendant's repeated falsification and removal of Copyright Management Information (CMI) constitutes a violation of **17 U.S.C. § 1202** and warrants statutory damages under **17 U.S.C. § 1203**. As established in *Mango v. BuzzFeed, Inc.*, 970 F.3d 167 (2d Cir. 2020), even a single instance of removing author attribution justifies statutory damages, further strengthening Plaintiff's claim for per-instance damages for each video where the Defendants removed CMI.

45. Plaintiff is entitled to recover statutory damages under **17 U.S.C. § 1203(c)(3)(B)** of up to $25,000 for each violation of **17 U.S.C. § 1202(a).** Or in the alternative, Plaintiff's actual damages and Defendant's profits attributable to the removal or alteration of CMI, in an amount to be determined at trial.

## <u>COUNT III</u>
### REMOVAL AND/OR ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION (17 U.S.C. § 1202(b))

46. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

COMPLAINT AGAINST COLE WALKER, ET AL., AND DEMAND FOR JURY TRIAL

47. Plaintiff is the owner of the exclusive copyrights in the audiovisual works featured on the Tekniq YouTube channel, including all associated Copyright Management Information (CMI) such as watermarks, branding, and metadata.

48. Under **17 U.S.C. § 1202(b)**, it is unlawful for any person to intentionally remove or alter CMI with the knowledge that such actions will induce, enable, facilitate, or conceal copyright infringement.

49. Defendants knowingly and deliberately removed and/or altered CMI from Plaintiff's copyrighted videos before re-uploading them to the Defendants YouTube channels without authorization or consent.

50. Defendant's removal of CMI was executed with the intent to mislead viewers about the true origin of the content and to conceal the infringement by making the videos appear as original works owned by Defendant.

51. Defendant's actions were willful, intentional, and for commercial gain, as evidenced by the monetization of the infringing videos on the Defendants YouTube channels, which diverted viewers, subscribers, and revenue from Plaintiff's Tekniq channel.

52. As a direct and proximate result of Defendant's unlawful conduct, Plaintiff has suffered and continues to suffer substantial harm, including but not limited to lost revenue, diminished audience engagement, reputational harm, and the devaluation of its intellectual property.

53. Plaintiff is entitled to recover statutory damages under **17 U.S.C. § 1203(c)(3)(B)** of up to $25,000 for each violation of **17 U.S.C. § 1202(b)**, consistent with *Business Casual Holdings, LLC v. TV-Novosti,* No. 21-cv-2007 where the court awarded a total of $75,000 for three violations of **§ 1202(b)**. Or in the alternative, Plaintiff's actual

damages and Defendant's profits attributable to the removal or alteration of CMI, in an amount to be determined at trial.

54. Plaintiff is entitled to injunctive relief under **17 U.S.C. § 1203(b)**, prohibiting Defendants from further removal or alteration of CMI from Plaintiff's copyrighted works and ordering the immediate removal of all infringing videos from the Defendants YouTube channels.

55. Plaintiff is further entitled to an award of full costs, including reasonable attorneys' fees, under **17 U.S.C. § 1203(b)(4)-(5)**.

56. Plaintiff seeks an order for the impoundment and destruction of all copies of the infringing works containing altered or removed CMI pursuant to **17 U.S.C. § 1203(b)(2)**.

<u>**COUNT IV**</u>
**PUBLIC DISPLAY RIGHT INFRINGEMENT (17 U.S.C. § 106(5))**

57. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

58. Plaintiff is the owner of the exclusive copyrights in the audiovisual works featured on the Tekniq YouTube channel, including the exclusive right to publicly display these works under **17 U.S.C. § 106(5)**.

59. Under **17 U.S.C. § 106(5)**, the copyright owner has the exclusive right to publicly display copyrighted works, including videos, without unauthorized distribution or exhibition by third parties.

60. Defendants, without authorization, publicly displayed copyrighted video content owned by Plaintiff on the Defendants YouTube channels, thereby infringing Plaintiff's exclusive display rights.

COMPLAINT AGAINST COLE WALKER, ET AL., AND DEMAND FOR JURY TRIAL

61. As detailed in the Factual Background, Defendant's unauthorized public display of Plaintiff's copyrighted video content is evidenced by the infringing videos uploaded by the Defendants on their YouTube channels.

62. Similarly, in *American Broadcasting Companies, Inc. v. Aereo, Inc.*, 573 U.S. 431 (2014), the Supreme Court ruled that transmitting copyrighted audiovisual works to the public without authorization constitutes a public performance infringement under **§ 106(4) and § 106(5)**. Defendant's actions of displaying and streaming Timeless's videos align with the infringing conduct identified in Aereo.

63. As a direct and proximate result of Defendant's infringement of Plaintiff's public display rights, Plaintiff has suffered substantial harm, including but not limited to lost revenue, diminished audience engagement, reputational damage, and the devaluation of its intellectual property.

64. Plaintiff is entitled to recover statutory damages under **17 U.S.C. § 504(c)** of up to $150,000 per willful infringement, or in the alternative, Plaintiff's actual damages and Defendant's profits attributable to the infringement, in an amount to be determined at trial.

65. Plaintiff is entitled to injunctive relief under **17 U.S.C. § 502(a)**, prohibiting Defendants from further public display of Plaintiff's copyrighted works without authorization and ordering the immediate removal of all infringing videos from the Defendant's online accounts.

66. Plaintiff is further entitled to an award of full costs, including reasonable attorneys' fees, under **17 U.S.C. § 505**.

**67.** Plaintiff seeks an order for the impoundment and destruction of all copies of the infringing works under **17 U.S.C. § 503(b)**.

**COUNT V**
**UNFAIR COMPETITION**

**68.** Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

**69.** Plaintiff operates the Tekniq YouTube channel, a monetized platform featuring original and copyrighted audiovisual works, which generate revenue through advertising, sponsorships, and viewer engagement.

**70.** Defendants, by unlawfully copying, reproducing, and publicly displaying Plaintiff's copyrighted videos on the Defendant's YouTube channels, engaged in unfair competition by misappropriating Plaintiff's creative content for commercial gain without authorization.

**71.** Under California Business and Professions Code § 17200, unfair competition includes any unlawful, unfair, or fraudulent business act or practice. Defendant's conduct constitutes unfair competition as it involves the unauthorized use of Plaintiff's copyrighted works to divert viewership, subscribers, and advertising revenue for Defendant's YouTube channels.

**72.** Defendant's actions are directly analogous to those found to constitute unfair competition in *International News Service v. Associated Press*, 248 U.S. 215 (1918). In that case, the Supreme Court held that the unauthorized use of another party's content for commercial gain constitutes unfair competition. Similarly, Defendant's unauthorized use of Tekniq's videos to attract viewers and generate ad revenue infringes upon Plaintiff's business rights.

**73.** Defendant's acts of unfair competition include but are not limited to:

a)   Misappropriating Tekniq's copyrighted videos and displaying them on the Defendant's channels to attract viewers who would otherwise view the content on Tekniq's channel.

b)   Removing Tekniq's branding, watermarks, and other Copyright Management Information (CMI) to obscure the origin of the content and create the false impression that the videos originated from Defendant.

c)   Monetizing the infringing videos with Google AdSense advertising through the YouTube Partner Program (YPP), thereby profiting directly from the unauthorized use of Plaintiff's copyrighted content.

**74.** Defendant's conduct was willful and undertaken with the intent to deceive viewers and unfairly benefit from Plaintiff's investment in content creation, in violation of California's unfair competition law.

**75.** As a direct and proximate result of Defendant's unfair competition, Plaintiff has suffered substantial harm, including lost advertising revenue, diminished viewership, reputational damage, and the devaluation of its intellectual property.

**76.** Plaintiff is entitled to recover damages for the losses caused by Defendant's unfair competition, including but not limited to lost profits, actual damages, and restitution for the revenue unlawfully obtained by Defendant.

**77.** Plaintiff is also entitled to injunctive relief prohibiting Defendants from further acts of unfair competition, including the unauthorized use of Plaintiff's copyrighted content and the removal of any infringing videos from the Defendant's online accounts.

## COUNT VI
### WILLFUL COPYRIGHT INFRINGEMENT (17 U.S.C. § 504(c))

**78.** Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

**79.** Defendants engaged in willful and deliberate copyright infringement by knowingly copying, reproducing, publicly displaying, and distributing Plaintiff's copyrighted videos on the Defendants YouTube channels despite clear CMI, prior enforcement actions, and public records indicating Plaintiff's ownership of the works. Courts have recognized that intentional and systematic disregard of copyright ownership constitutes willful infringement under *Peer Int'l Corp. v. Pausa Records, Inc.,* 909 F.2d 1332 (9th Cir. 1990).

**80.** Defendant's willful infringement is evidenced by the following actions, demonstrating a deliberate and systematic effort to exploit Plaintiff's copyrighted content for financial gain:

a) Uploading several videos on the Defendant's YouTube channels that directly copied substantial portions of Tekniq's copyrighted videos.

b) Removing and falsifying Tekniq's branding, watermarks, and other Copyright Management Information (CMI) to conceal the origin of the content, thereby preventing viewers from identifying the videos as copyrighted works belonging to Tekniq.

c) Monetizing the infringing videos through the YouTube Partner Program (YPP) program, knowingly generating revenue from the unauthorized use of Plaintiff's copyrighted content.

81. Defendants, without authorization or consent, willfully engaged in copyright infringement by copying Plaintiff's videos, altered the videos, and deliberately blurring or removing Tekniq's CMIs. Defendants placed their own logos over the altered segments to mislead viewers regarding the origin of the content. These acts of concealment and rebranding were carried out with the intent to monetize the infringing videos through the YouTube's Partner Program (YPP), thereby profiting directly from Plaintiff's copyrighted works without permission. Such actions demonstrate a clear and intentional disregard for Plaintiff's exclusive rights under the Copyright Act.

82. Defendant's actions were willful, intentional, and in disregard of Plaintiff's copyrights, as evidenced by:

   a)   The systematic removal and falsification of CMI, including watermarks and branding, which demonstrates an intent to conceal the infringement.

   b)   The submission of fraudulent DMCA counter-notices to YouTube under penalty of perjury, falsely asserting ownership of the infringing videos to evade enforcement actions and continue profiting from the infringing content.

   c)   The scale and frequency of the infringements, which were not isolated incidents but part of a broader pattern of conduct aimed at exploiting Plaintiff's copyrighted content.

83. As a direct and proximate result of Defendant's willful copyright infringement, Plaintiff has suffered and will continue to suffer substantial harm, including:

   a)   Loss of advertising revenue and potential sponsorships due to the diversion of viewers to the infringing videos.

b) Damage to Plaintiff's reputation and brand integrity as viewers are misled into believing that Tekniq's content originated from or was authorized for use by the defendant.

c) The devaluation of Plaintiff's intellectual property due to the unauthorized distribution and monetization of its copyrighted works.

84. Plaintiff is entitled to recover statutory damages for willful infringement under **17 U.S.C. § 504(c)**, including up to $150,000 per infringed work, or alternatively, actual damages and Defendant's profits attributable to the infringement as will be proven at trial. Plaintiff also seeks reasonable attorneys' fees and costs pursuant to **17 U.S.C. § 505**.

85. Plaintiff seeks all such further and additional relief as the Court deems just and proper.

## <u>COUNT VII</u>
## MISREPRESENTATION UNDER 17 U.S.C. § 512(f)

86. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

87. Pursuant to **17 U.S.C. § 512(f)**, any person who knowingly materially misrepresents that material was removed or disabled by mistake or misidentification shall be liable for any resulting damages, including costs and attorney's fees.

88. Defendants, knowingly submitted materially false counter-notices to YouTube, falsely asserting under penalty of perjury that they held the rights to the videos in question or that the videos did not infringe Plaintiff's copyrights.

89. The false counter-notices submitted by Defendants were intended to mislead YouTube into reinstating the infringing videos, thereby allowing Defendants to continue profiting

from the unauthorized distribution and display of Plaintiff's copyrighted content, and to evade enforcement actions or sanctions by YouTube for repeated copyright violations.

90. The following are specific instances of Defendant's misrepresentations:

a) Defendants submitted counter-notices to YouTube in response to DMCA takedown requests filed by Plaintiff, falsely claiming ownership of the infringing video clips.

b) In these counter-notices, Defendants falsely claimed that the videos did not contain any copyrighted material belonging to Plaintiff or that they had authorization to use the content, despite having no license, authorization, or legitimate ownership.

c) Defendants submitted these counter-notices with the explicit intent to have the infringing videos reinstated, allowing continued monetization and misleading viewers about the origin of the content

91. Defendant's misrepresentations were made knowingly and with the intent to deceive YouTube's DMCA enforcement mechanisms, as evidenced by:

a) The systematic removal and alteration of Tekniq's branding, watermarks, and other Copyright Management Information (CMI) to obscure the true origin of the content.

b) The deliberate submission of false declarations under penalty of perjury, claiming legitimate ownership of Plaintiff's copyrighted works.

c) The subsequent reinstatement of the infringing videos on YouTube, which resulted in continued monetization and viewership for Defendant's channels at Plaintiff's expense.

92. Defendant's actions satisfy the elements of a **§ 512(f)** claim because:

a) Defendants knowingly made materially false statements of ownership and authorization in its counter-notices.

b) Defendant's false counter-notices led to the improper reinstatement of infringing content, causing substantial financial harm and reputational damage to Plaintiff.

c) Defendant's actions were willful and part of a broader scheme to exploit Plaintiff's copyrighted content without authorization.

93. As a direct and proximate result of Defendant's misrepresentations, Plaintiff has suffered and continues to suffer substantial harm, including (i) loss of advertising revenue and potential sponsorships due to the diversion of viewers to the infringing videos. (ii) Damage to Plaintiff's reputation and brand integrity as viewers are misled into believing that Tekniq's content originated from or was authorized for use by the defendant. (iii) Legal and administrative costs incurred in filing and responding to DMCA notices, counter-notices, and related enforcement actions.

94. Plaintiff is entitled to recover all damages, including but not limited to actual damages and Defendant's profits attributable to the infringement, as provided under **17 U.S.C. § 512(f)**. Costs and reasonable attorney's fees incurred in connection with the enforcement of Plaintiff's rights under the DMCA. Preliminary and permanent injunctive relief to prevent further misrepresentations and to compel the removal of all infringing content from the Defendant's YouTube channels.

95. Plaintiff seeks all such further and additional relief as the Court deems just and proper.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Timeless Production FZ LLC respectfully requests that this Court enter judgment in its favor against Defendants, managing Voyager, Voyager ES, Decode FR, and Voyager PT, and award the following relief:

1.   Permanently enjoin Defendants from copying, distributing, or displaying Plaintiff's copyrighted works without authorization and order the removal of all infringing content.

2.   For an award of damages pursuant to **17 U.S.C. §§ 504(b), 512(f)**, and other applicable law, including actual damages and Defendant's profits as will be proven at trial, or in the alternative, statutory damages pursuant to **17 U.S.C. § 504(c)**.

3.   Award full costs and reasonable attorney's fees under **17 U.S.C. §§ 505** and **1203**.

4.   Order the destruction of all infringing copies and materials under **17 U.S.C. § 503**.

5.   Award prejudgment and post-judgment interest on all monetary awards.

6.   Award any further relief deemed just and proper by the Court.


**DEMAND FOR JURY TRIAL**


Plaintiff Timeless Production FZ LLC hereby demands a trial by jury on all issues so triable.


Dated: August 16, 2025                                      By: /s/ **Mohamed Othmane**
**Samie**

MOHAMED OTHMANE SAMIE (**CSBN: 344269**)

Attorney for Plaintiff
Timeless Production FZ LLC

# __Exhibit A__

List of Registered Works

**EXHIBIT A**
**List of registered works**

|   | Copyright Registration Number | Registration Date | Url of registered work | Type of Work |
|---|---|---|---|---|
| A | **PA0002495254** | 2024-09-05 | **Title:** Gigantic Container Ship Pass Through Super Tight Panama Canal<br><br>https://youtu.be/BhMigGpMxqs | Motion Picture (Video) |
| B | **PA0002503008** | 2024-10-04 | **Title:** Giant Ship Going Under Tight Bridge Without Crashing<br><br>https://youtu.be/oOs7vK1WGjQ | Motion Picture (Video) |
| c | **PA0002521780** | 2025-01-15 | **Title:** One Day Inside Tugboat Pulling Giant Barge<br><br>https://youtu.be/flJ4xF3EPFU | Motion Picture (Video) |
| D | **PA0002499410** | 2024-09-23 | **Title:** Let's Blast ! - Rare Look Inside an Open-pit Blasting Process<br><br>https://youtu.be/9wnDBLifDB4 | Motion Picture (Video) |

| E | **PA0002493091** | 2024-08-20 | **Title:** Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | Motion Picture (Video) |
|---|---|---|---|---|
| F | **PA0002499412** | 2024-09-23 | **Title:** Panama Canal<br><br>https://youtu.be/4ugLtdlGYE0 | Motion Picture (Video) |

# **Exhibit B**

List of infringements

**EXHIBIT B**
**List of infringements**

| # | Infringing Video URL's Start of infringement yyyy-mm-dd | Timestamps - Infringer Video | Timeless Production - Original Videos used | Timestamps - TP Video | Infringed Work - Copyright Registration Code |
|---|---|---|---|---|---|
| | Voyager: https://www.youtube.com/channel/UCYYUGTG__Kc_4RBhv7FEolg | | | | |
| 1 | **Title:** Scientists SHOCKED After The Panama Canal SUDDENLY Dried Up!<br><br>https://youtu.be/sdiwBAORlkg<br><br>(soi 2024-01-25)<br>**Infringement against A** | 9:39 - 9:41 | **Title:** Gigantic Container Ship Pass Through Super Tight Panama Canal<br><br>https://youtu.be/BhMigGpMxqs | 1:13 - 1:15 | PA0002495254 |
| 2 | **Title:** Trump Just SHUT DOWN the Panama Canal After a SHOCKING Discovery<br><br>https://youtu.be/5odi7lsJftg<br><br>(soi 2025-02-13)<br>**Infringement against B** | 01:34 - 1:38 | **Title:** Giant Ship Going Under Tight Bridge Without Crashing<br><br>https://youtu.be/oOs7vK1WGjQ | 8:09 - 8:13 | PA0002503008 |
| 3 | **Title:** Elon Musk: "What Just Happened To Panama Canal Shocked The Whole World"<br><br>https://youtu.be/ornfVc1rhdA<br><br>(soi 2025-02-15)<br>**Infringement against C** | 13:17 - 13:21<br>13:22 - 13:29 | **Title:** One Day Inside Tugboat Pulling Giant Barge<br><br>https://youtu.be/flJ4xF3EPFU | 03:54 - 03:58<br>0:03 - 0:12 | PA0002521780 |

| 4 | Infringer link **same as above** **Infringement against F** | 2:32 - 2: 40 2:41 - 2:43 4:55 -5:07 5:19 - 5:27 5:53 - 5:58 6:50 - 6:55 6:55 -7:12 10:13 - 10:23 | **Title:** Panama Canal https://youtu.be/4ugLtdlGYE0 | 0:06 - 0:15 19:26- 19:36 25:54 - 25:58 1:40:02 - 1:40:10 1:24:48 - 1:24:53 4:10 - 4:15 1:37:53 - 1:37:58 56:56 - 57:00 53:19 - 1:14:40 | PA0002499412 |
| --- | --- | --- | --- | --- | --- |
| 5 | **Title:** USA Forced To SHUT DOWN Panama Canal After This Happened... https://youtu.be/AMfe-ouB8RM (soi 2025-02-14) **Infringement against C** | 11:18 - 11:22 11:22 - 11:29 | **Title:** One Day Inside Tugboat Pulling Giant Barge https://youtu.be/flJ4xF3EPFU | 3:54 - 3:58 0:03 - 0:10 | PA0002521780 |
| 6 | Infringer link **same as above** **Infringement against A** | 13:52 - 13:54 13:58 - 13:59 14:01 - 14:04 14:13 - 14:16 | **Title:** Gigantic Container Ship Pass Through Super Tight Panama Canal https://youtu.be/BhMigGpMxqs | 00:16 - 00:18 2:03 - 2:05 4:06 - 4:09 00:13 - 00:15 | PA0002495254 |

| | Voyager ES: https://www.youtube.com/channel/UCbQgdxnhVhJHeFxyddQFWFg | | | | |
|---|---|---|---|---|---|
| 7 | **Title:** Canal de Panamá ¡El Canal Más Grande del Mundo Se Ha Secado REPENTINAMENTE!<br><br>https://youtu.be/PfZIekqlWsI<br><br>(soi 2024-01-25)<br>**Infringement against A** | 7:27 - 7:37 | **Title:** Gigantic Container Ship Pass Through Super Tight Panama Canal<br><br>https://youtu.be/BhMigGpMxqs | 4:31 - 4:41 | PA0002495254 |
| 8 | **Title:** ¡Está Sucediendo! El Canal de Panamá Finalmente Se Secó<br><br>https://youtu.be/46iGxwAQ8eQ<br><br>(soi 2024-04-30)<br>**Infringement against A** | 8:39 - 8:43 | **Title:** Gigantic Container Ship Pass Through Super Tight Panama Canal<br><br>https://youtu.be/BhMigGpMxqs | 03:52 - 03:56 | PA0002495254 |
| 9 | **Title:** EE.UU. Obligado A Cerrar El Canal De Panamá Después De Que Esto Sucediera...<br><br>https://youtu.be/JT9naXlveJk<br><br>(soi 2025-02-20)<br>**Infringement against C** | 12:49 - 12:54<br>12:58 - 13:02 | **Title:** One Day Inside Tugboat Pulling Giant Barge<br><br>https://youtu.be/fIJ4xF3EPFU | 03:54 - 03:59<br>00:07 - 00:11 | PA0002521780 |

| 10 | Infringer link **same as above** **Infringement against F** | 02:34 - 02:39<br>04:35 - 04:39<br>05:21 - 05:26<br>06:09 - 06:16<br>07:22 - 07:27<br>07:27 - 07:31<br>08:13 - 08:15<br>08:17 - 08:21<br>08:39 - 08:42<br>10:25 - 10:27<br>10:27 - 10:31<br>10:31 - 10:34<br>11:43 - 11:47<br>11:47 - 11:51 | **Title:** Panama Canal<br><br>https://youtu.be/4ugLtdlGYE0 | 25:52 - 25:59<br>01:40:01 - 01:40:06<br>01:24:46 - 01:24:52<br>01:37:52 - 01:37:59<br>47:34 - 47:40<br>47:22 - 47:27<br>01:33:11 - 01:33:14<br>40:23 - 43:03<br>01:40:00 - 01:40:11<br>53:20 - 53:23<br>01:13:15 - 01:13:19<br>52:11 - 52:15<br>01:16:22 - 01:16:30<br>08:18 - 08:23 | PA0002499412 |
| 11 | **Title:** Elon Musk: "Lo Que Acaba De Pasar En El Canal De Panamá Sorprendió Al Mundo Entero"<br><br>https://youtu.be/81SWclX-63E<br><br>(soi 2025-02-24)<br>**Infringement against C** | 15:48 - 15:52<br>15:38 - 15:43 | **Title:** One Day Inside Tugboat Pulling Giant Barge<br><br>https://youtu.be/fIJ4xF3EPFU | 00:07 - 00:11<br>03:53 - 04:00 | PA0002521780 |
| 12 | Infringer link **same as above** **Infringement against F** | 06:07 - 06:11<br>06:34 - 06:39<br>06:39 - 06:44<br>08:18 - 08:25<br>08:28 - 08:34<br>08:34 - 08:39<br>09:52 - 09:54 | **Title:** Panama Canal<br><br>https://youtu.be/4ugLtdlGYE0 | 01:39:57 - 01:40:06<br>01:24:46 - 01:24:52<br>01:28:15 - 01:28:21<br>01:37:53 - 01:37:58<br>01:09:24 - 01:09:31<br>47:38 - 47:43<br>40:22 - 41:43 | PA0002499412 |

| | | Decode FR: https://www.youtube.com/channel/UCxEKi4Tme_wZ4Z9WH3yW68A | | | |
|---|---|---|---|---|---|
| 13 | **Title:** Les 15 Voitures Fait-Main Les Plus Folles Du Monde<br><br>https://youtu.be/V4dDT85gjjo<br><br>(soi 2025-01-09)<br>**Infringement against E** | 09:12 - 09:14<br>09:14 - 09:17<br>09:17 - 09:22<br>9:32 - 9:35<br>9:42 - 9:45<br>10:00 - 10:04<br>10:09 - 10:12<br>10:33 - 10:37 | **Title:** Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 11:07 - 11:10<br>12:42 - 12:45<br>11:42 - 11:47<br>11:50 - 11:53<br>11:21 - 11:24<br>12:00 - 12:05<br>12:11 - 12:15 | PA0002493091 |
| 14 | **Title:** Pourquoi Le Japon Creuse Une Montagne A Choqué Le Monde<br><br>https://youtu.be/J5pFRePR7Jl<br><br>(soi 2024-12-21)<br>**Infringement against D** | 00:37 - 00:43 | **Title:** Let's Blast ! - Rare Look Inside an Open-pit Blasting Process<br><br>https://youtu.be/9wnDBLifDB4 | 05:57 - 06:03 | PA0002499410 |
| | | Voyager PT: https://www.youtube.com/channel/UCzDv816SxXdqkwp7lpEuXAg | | | |
| 15 | **Title:** EUA Forçados A Fechar O Canal Do Panamá Depois Disso...<br><br>https://youtu.be/bgnXORd5k28<br><br>(soi 2025-02-15)<br>**Infringement against F** | 2:16 - 2:21<br>2:21 - 2:25<br>2:25 - 2:30<br>4:16 - 4:19<br>4:19 - 4:23<br>4:23 - 4:27<br>4:54 - 4:58<br>5:33 - 5:37<br>9:22 - 9:25 | **Title:** Panama Canal<br><br>https://youtu.be/4ugLtdlGYE0 | 0:04 - 0:10<br>19:28 - 19:33<br>25:53 - 25:58<br>1:40:02 - 1:40:06<br>13:04 - 13:08<br>13:42 - 13:47<br>1:24:47 - 1:24:52<br>1:37:52 - 1:37:57<br>1:13:14 - 1:13:18 | PA0002499412 |

| | | 10:29 -10:33<br>10:38 - 10:42<br>10:42 - 10:46<br>11:04 - 11:07<br>14:07 - 14:12<br>14:16 - 14:22<br>14:23 - 14:28<br>14:32 - 14:35<br>14:41 - 14:49 | | 1:16:26 - 1:16:30<br>1:36:46 - 1:36:50<br>1:05:30 - 1:05:35<br>1:58:13 - 1:58:17<br>22:49 - 22:54<br>51:20 - 51:22<br>1:34:58 - 1:35:05<br>21:09 - 21:13<br>2:09:11 - 2:09:16 | |
| 16 | Infringer link **same as above**<br>**Infringement against C** | 11:29 - 11:34<br>11:38 - 11:41 | **Title:** One Day Inside Tugboat Pulling Giant Barge<br><br>https://youtu.be/flJ4xF3EPFU | 03:53 - 03:58<br>00:07 - 00:11 | PA0002521780 |

# **Exhibit C**

Counter Notifications

### Re: [YAOMUTXAB6TWDOGT5BYS5WRCVY] New Copyright Counter Notification

**YouTube Copyright <youtube-disputes+2x33ze6zha6nb0h@google.com>**    Wed, Jul 2, 12:39 PM

to me



We received a counter notification (below) in response to a [copyright removal request](copyright removal request) that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to [copyright@youtube.com](copyright@youtube.com).

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our [Help Center](Help Center).

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- [http://www.youtube.com/watch?v=sdiwBAORlkg](http://www.youtube.com/watch?v=sdiwBAORlkg)

Display name of uploader: Voyager

I wish to file a defense under Section 512(g) of the Digital Millennium Copyright Act in accordance with U.S. law. I am certain that our video has been falsely identified as infringing and am prepared to defend my claim at a court hearing.    Reason: Copyright Disclaimer under section 107 of the Copyright Act 1976, allowance is made for "fair use" for purposes such as criticism, comment, news reporting, teaching, scholarship, education and research. Section 107 sets out factors to be considered in determining whether or not a particular use is fair:    1. The Purpose and Character of Your Use - Video is FULLY transformative. 99% of new value was added to the original work by creating new information, new aesthetics, new insights, and understandings.    2. The amount and substantiality of the portion used in relation to the copyrighted work as a whole - The footage was only used for 5 seconds in a 30 minute video.    3. The Effect of the Use Upon the Potential Market The use of the footage DOES NOT deprive the copyright owner of ANY income or undermines a new or potential market for the copyrighted work.    Based on the factors mentioned above, I hope for restoration of my content because I own all the necessary rights and I'm protected by fair use in the court of law.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.
I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Cole Walker
Cole Walker
825 S. Myrtle Ave
Monrovia, CA 91016
United States
redshiftconnect3@gmail.com

(626) 704-6840

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

------------------------------------------------------------------------------------------------------------------------

**Fwd: [XC2KV67ENRRL4UTJ3KJIYFYOSY] New Copyright Counter Notification**

Younes Ben Fredj                                        Jul 16, 2025, 11:41 PM
to me                                                        (16 hours ago)

## Forwarded Conversation
## Subject: [XC2KV67ENRRL4UTJ3KJIYFYOSY] YouTube Copyright Complaint Submission
------------------------
From: YouTube Copyright <youtube-disputes+16knevfn6u4sw0h@google.com>
Date: Wed, Jul 2, 2025 at 12:42 PM
To: <tekniqvideos@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=ornfVc1rhdA

Display name of uploader: Voyager

I wish to file a defense under Section 512(g) of the Digital Millennium Copyright Act in accordance with U.S. law. I am certain that our video has been falsely identified as infringing and am prepared to defend my claim at a court hearing.    Reason: Copyright Disclaimer under section 107 of the Copyright Act 1976, allowance is made for "fair use" for purposes such as criticism, comment, news reporting, teaching, scholarship, education and research. Section 107 sets out factors to be considered in determining whether or not a particular use is fair:    1. The Purpose and Character of Your Use - Video is FULLY transformative. 99% of new value was added to the original work by creating new information, new aesthetics, new insights, and understandings.   2. The amount and substantiality of the portion used in relation to the copyrighted work as a whole - The footage was only used for 5 seconds in a 30 minute video.   3. The Effect of the Use Upon the Potential Market The use of the footage DOES NOT deprive the copyright owner of ANY income or undermines a new or potential market for the copyrighted work.    Based on the factors mentioned above, I hope for restoration of my content because I own all the necessary rights and I'm protected by fair use in the court of law.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.
I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Cole Walker
Cole Walker
825 S. Myrtle Ave

Monrovia, CA 91016
United States
redshiftconnect3@gmail.com

(626) 704-6840

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

--------------------------------------------------------------------------------------------------------------------

# **Exhibit D**

DMCA Takedown Confirmation

**[KRFK6AU456NJAYIHJULPO7EISM] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+0nrtxj45yrj6607@google.com>          Jun 30, 2025
                                                                          8:34 PM

to me



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 000000
  - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=sdiwBAORlkg
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Gigantic Container Ship Pass Through Super Tight Panama Canal
  - Source of video: BhMigGpMxqs
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:09:39 to 0:09:41 : https://www.youtube.com/watch?v=sdiwBAORlkg&t=579
    It appears in your source video from 0:01:13 to 0:01:15 : https://www.youtube.com/watch?v=BhMigGpMxqs&t=73

- Country where copyright applies: AE
- I, in good faith state that:

- o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o This notification is accurate.
- o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 30, 2025 legal@welicense.co wrote:

Video IDs: sdiwBAORlkg

-----------------------------------

YouTube Copyright <youtube-disputes+0nrtxj45yrj6607@google.com>            Wed Jul 2, 2025
to me                                                                                                                2:10 AM



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=sdiwBAORlkg

---

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 30, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------

**Fwd:[GBFHTRJDTCXF4AV4VXBJS5YVKU] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                            Jul 16,2025, 11:39 PM
to me                                                              (2 days ago)

## Forwarded Conversation
**Subject: [GBFHTRJDTCXF4AV4VXBJS5YVKU] YouTube Copyright Complaint Submission**
------------------------
From: YouTube Copyright <youtube-disputes+0tkh9j3qz309807@google.com>
Date: Mon, Jun 30, 2025 at 8:18 PM
To: <tekniqvideos@gmail.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609
- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ornfVc1rhdA
- Describe the work allegedly infringed: My video
  - Source of video: fIJ4xF3EPFU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:13:17 to 0:13:22
    : https://www.youtube.com/watch?v=ornfVc1rhdA&t=797
    It appears in your source video from 0:03:54 to 0:03:58
    : https://www.youtube.com/watch?v=fIJ4xF3EPFU&t=234

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 30, 2025 legal@welicense.co wrote:

Video IDs: ornfVc1rhdA

-----------------------------------

From: **YouTube Copyright** <youtube-disputes+0tkh9j3qz309807@google.com>
Date: Tue, Jul 1, 2025 at 2:51 PM
To: <teknigvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've reviewed it and provided updates below.

---

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=ornfVc1rhdA

---

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ornfVc1rhdA
- Describe the work allegedly infringed: My video
  - Title of video: One Day Inside Tugboat Pulling Giant Barge
  - Source of video: fIJ4xF3EPFU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:13:17 to 0:13:22
    : https://www.youtube.com/watch?v=ornfVc1rhdA&t=797
    It appears in your source video from 0:03:54 to 0:03:58
    : https://www.youtube.com/watch?v=fIJ4xF3EPFU&t=234

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.

- o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 30, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------------------

**[PQU5FXJK7PXH55SRO52J7QALCA] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+0hwltuglhdjue07@google.com>                    Jun 30, 2025,
                                                                                   8:01 PM

to me



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - o Office E76 Dubai Production City, Dubai, UAE
  - o Dubai, Dubai 000000
  - o AE
- Username: We Protect Your Content

- Email Address: [legal@welicense.co](mailto:legal@welicense.co)
- Phone: +971 50 528 3879


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=V4dDT85gjjo
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Riding Cheapest Scooters of Congo
  - Source of video: FMt0sslSlVk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:09:17 to 0:09:22 : https://www.youtube.com/watch?v=V4dDT85gjjo&t=557
    It appears in your source video from 0:11:42 to 0:11:47 : https://www.youtube.com/watch?v=FMt0sslSlVk&t=702

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 30, 2025 [legal@welicense.co](mailto:legal@welicense.co) wrote:
Video IDs: V4dDT85gjjo


-----------------------------------

YouTube Copyright <youtube-disputes+0hwItuglhdjue07@google.com>                    Jul 01, 2025
to me                                                                              11:37 AM



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=V4dDT85gjjo

_____

We use a combination of automated systems and human reviews to
process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 30, 2025 YouTube Copyright

--------------------------------------------------------------------------------------------------------------

**[PP5KLE5UQH5EZZTGONRWL2UQJI] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+04wmjj0fjepfx07@google.com>                    Mon Jun 30, 2025,
                                                                                    8:36 PM

to me



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 000000
  - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=bgnXORd5k28
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: One Day Inside Tugboat Pulling Giant Barge
  - Source of video: fIJ4xF3EPFU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:11:29 to 0:11:34 : https://www.youtube.com/watch?v=bgnXORd5k28&t=689
    It appears in your source video from 0:03:53 to 0:03:58 : https://www.youtube.com/watch?v=fIJ4xF3EPFU&t=233

- Country where copyright applies: AE
- I, in good faith state that:

- o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o This notification is accurate.
- o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Jun 30, 2025 legal@welicense.co wrote:

Video IDs: bgnXORd5k28


-----------------------------------

YouTube Copyright <youtube-disputes+04wmjj0fjepfx07@google.com>                Wed Jul 02, 2025
to me                                                                                    2:08 AM




Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=bgnXORd5k28

---

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 30, 2025 YouTube Copyright

---------------------------------------------------------------------------------------------------------------

**[KHZ3BFCD7X4QX67FGE6OMWCKRM] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+0knejuy1vts5w07@google.com>          Jun 30, 2025, 8:49 PM

to me



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 000000
  - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=PfZIekqlWsI
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Gigantic Container Ship Pass Through Super Tight Panama Canal
  - Source of video: BhMigGpMxqs
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:27 to 0:07:37 : https://www.youtube.com/watch?v=PfZIekqlWsI&t=447
    It appears in your source video from 0:04:31 to 0:04:41 : https://www.youtube.com/watch?v=BhMigGpMxqs&t=271

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Kenneth Silvers

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Jun 30, 2025 [legal@welicense.co](#) wrote:
Video IDs: PfZIekqlWsI

-----------------------------------

YouTube Copyright <[youtube-disputes+0knejuy1vts5w07@google.com](#)>          Wed Jul 2, 2025
to me                                                                          2:28 AM



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

---

### **Request resolved**

The content listed below has been removed.

Videos in question:

[https://www.youtube.com/watch?v=PfZIekqlWsI](https://www.youtube.com/watch?v=PfZIekqlWsI)

---

We use a combination of [automated systems and human reviews](#) to process removal requests.

---

You may [take back your claim](#) of copyright infringement at any time if you change your mind.

- The YouTube Team

<u>Help Center</u> • <u>Email Options</u>

You received this email to provide information and updates around your YouTube channel or account.



© 2021 <u>Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066</u>

On Jun 30, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------------

**Fwd: [CDYBWQHODXIWFLPHXKY4VU4PGQ] YouTube Copyright Complaint Submission**

| | |
|---|---|
| Younes Ben Fredj | Jul 16,2025, 11:39 PM |
| to me | (2 days ago) |

**Forwarded Conversation**
**Subject: [CDYBWQHODXIWFLPHXKY4VU4PGQ] YouTube Copyright Complaint Submission**
------------------------
From: YouTube Copyright <<u>youtube-disputes+2iztykvss44s107@google.com</u>>
Date: Mon, Jun 30, 2025 at 8:57 PM
To: <<u>tekniqvideos@gmail.com</u>>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all <u>required elements</u>. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the <u>'Removal requests' tab</u> which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=J5pFRePR7JI
- Describe the work allegedly infringed: My video
  - Source of video: 9wnDBLifDB4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:37 to 0:00:43 : https://www.youtube.com/watch?v=J5pFRePR7JI&t=37
    It appears in your source video from 0:05:57 to 0:06:03 : https://www.youtube.com/watch?v=9wnDBLifDB4&t=357

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 30, 2025 tekniqvideos@gmail.com wrote:

Video IDs: J5pFRePR7JI

-----------------------------------

From: **YouTube Copyright** <youtube-disputes+2iztykvss44s107@google.com>
Date: Wed, Jun 30, 2025 at 8:57 PM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've reviewed it and provided updates below.

| |
|---|
| ## Request resolved |
| The content listed below has been removed. |
| Videos in question: |
| https://www.youtube.com/watch?v=J5pFRePR7JI |
| ──────────────────────────────────── |
| We use a combination of automated systems and human reviews to process removal requests. |

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City

- - o Dubai, Dubai 0000
  - o AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=J5pFRePR7JI
- Describe the work allegedly infringed: My video
  - o Title of video: Let's Blast ! - Rare Look Inside an Open-pit Blasting Process
  - o Source of video: 9wnDBLifDB4
  - o Type of video: Internet video
  - o Where does the content appear?
    The content appears in the targeted video from 0:00:37 to 0:00:43
    : https://www.youtube.com/watch?v=J5pFRePR7JI&t=37
    It appears in your source video from 0:05:57 to 0:06:03
    : https://www.youtube.com/watch?v=9wnDBLifDB4&t=357

- Country where copyright applies: AE
- I, in good faith state that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 30, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------

**Fwd: [O7SW7LRDUHAXT3ZLOZXOXJE6M4] YouTube Copyright Complaint Submission**

Younes Ben Fredj

to me

Wed Jul 16,2025,
11:39 PM (2 days
ago)

**Forwarded Conversation**
**Subject: [O7SW7LRDUHAXT3ZLOZXOXJE6M4] YouTube Copyright Complaint Submission**
------------------------
From: YouTube Copyright <youtube-disputes+2zhb1fcfoog8v07@google.com>
Date: Mon, Jun 30, 2025 at 9:02 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=JT9naXlveJk
- Describe the work allegedly infringed: My video

- o Source of video: fIJ4xF3EPFU
- o Type of video: Internet video
- o Where does the content appear?
  The content appears in the targeted video from 0:12:49 to 0:12:54
  : https://www.youtube.com/watch?v=JT9naXlveJk&t=769
  It appears in your source video from 0:03:54 to 0:03:59
  : https://www.youtube.com/watch?v=fIJ4xF3EPFU&t=234

- Country where copyright applies: AE
- I, in good faith state that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 30, 2025 tekniqvideos@gmail.com wrote:

Video IDs: JT9naXlveJk

-----------------------------------

From: **YouTube Copyright** <youtube-disputes+2zhb1fcfoog8v07@google.com>
Date: Tue, Jul 1, 2025 at 2:56 PM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've reviewed it and provided updates below.

---

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=JT9naXlveJk

---

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=JT9naXlveJk
- Describe the work allegedly infringed: My video
  - Title of video: One Day Inside Tugboat Pulling Giant Barge
  - Source of video: fIJ4xF3EPFU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:12:49 to 0:12:54
    : https://www.youtube.com/watch?v=JT9naXlveJk&t=769

It appears in your source video from 0:03:54 to 0:03:59
: https://www.youtube.com/watch?v=fIJ4xF3EPFU&t=234

- Country where copyright applies: AE
- I, in good faith state that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 30, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------------------

**Fwd: [5UR27MFRO5CJCMM7XUHVVJU5G4] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                           Jul 16,2025, 11:40 PM
to me                                                            (2 days ago)

**Forwarded Conversation**
**Subject: [5UR27MFRO5CJCMM7XUHVVJU5G4] YouTube Copyright Complaint Submission**
-----------------------
From: YouTube Copyright <youtube-disputes+3s8x4cooqhtnu07@google.com>
Date: Tue, Jul 1, 2025 at 8:42 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
    - Timeless Production FZ-LLC E76 Dubai Production City
    - Dubai, Dubai 0000
    - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=AMfe-ouB8RM
- Describe the work allegedly infringed: My video
    - Source of video: fIJ4xF3EPFU
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:11:18 to 0:11:22
      : https://www.youtube.com/watch?v=AMfe-ouB8RM&t=678
      It appears in your source video from 0:03:54 to 0:03:58
      : https://www.youtube.com/watch?v=fIJ4xF3EPFU&t=234

- Country where copyright applies: AE
- I, in good faith state that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.

- o  I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o  I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jul 1, 2025 tekniqvideos@gmail.com wrote:
Video IDs: AMfe-ouB8RM

------------------------------------

From: **YouTube Copyright** <youtube-disputes+3s8x4cooqhtnu07@google.com>
Date: Wed, Jul 2, 2025 at 7:34 AM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=AMfe-ouB8RM

---

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

_____

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=AMfe-ouB8RM
- Describe the work allegedly infringed: My video
  - Title of video: One Day Inside Tugboat Pulling Giant Barge
  - Source of video: fIJ4xF3EPFU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:11:18 to 0:11:22
    : https://www.youtube.com/watch?v=AMfe-ouB8RM&t=678
    It appears in your source video from 0:03:54 to 0:03:58
    : https://www.youtube.com/watch?v=fIJ4xF3EPFU&t=234

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jul 1, 2025 YouTube Copyright

---------------------------------------------------------------------------------------------------------------------------

**Fwd: [L63ZJV4SZAR7VQ7UXIW4Y54HGQ] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                                    Jul 16,2025, 11:40 PM
to me                                                                          (2 days ago)

**Forwarded Conversation**
**Subject: [L63ZJV4SZAR7VQ7UXIW4Y54HGQ] YouTube Copyright Complaint Submission**
-----------------------
From: YouTube Copyright <youtube-disputes+3rcbev4p6taro07@google.com>
Date: Tue, Jul 1, 2025 at 8:48 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ

- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=81SWclX-63E
- Describe the work allegedly infringed: My video
  - Source of video: fIJ4xF3EPFU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:15:48 to 0:15:52
    : https://www.youtube.com/watch?v=81SWclX-63E&t=948
    It appears in your source video from 0:00:07 to 0:00:11
    : https://www.youtube.com/watch?v=fIJ4xF3EPFU&t=7

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jul 1, 2025 tekniqvideos@gmail.com wrote:

Video IDs:  81SWclX-63E

---------------------------------

From: **YouTube Copyright** <youtube-disputes+3rcbev4p6taro07@google.com>
Date: Wed, Jul 2, 2025 at 5:38 AM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've reviewed it and provided updates below.

| **Request resolved** |
| --- |
| The content listed below has been removed.<br><br>Videos in question:<br><br>https://www.youtube.com/watch?v=81SWclX-63E<br>_____<br><br>We use a combination of automated systems and human reviews to process removal requests. |

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

_____

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
    - Timeless Production FZ-LLC E76 Dubai Production City
    - Dubai, Dubai 0000

- o   AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=81SWclX-63E
- Describe the work allegedly infringed: My video
    - o   Title of video: One Day Inside Tugboat Pulling Giant Barge
    - o   Source of video: fIJ4xF3EPFU
    - o   Type of video: Internet video
    - o   Where does the content appear?
      The content appears in the targeted video from 0:15:48 to 0:15:52
      : https://www.youtube.com/watch?v=81SWclX-63E&t=948
      It appears in your source video from 0:00:07 to 0:00:11
      : https://www.youtube.com/watch?v=fIJ4xF3EPFU&t=7

- Country where copyright applies: AE
- I, in good faith state that:
    - o   I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - o   I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - o   This notification is accurate.
    - o   I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
    - o   I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jul 1, 2025 YouTube Copyright

--------------------------------------------------------------------------------------------------------------------

# **Exhibit E**

Defendants' Network of Channels

1. Channels listed in the table below are directly linked to each other using the **same email ID**: ContactVoyagerYT@gmail.com

| | |
|---|---|
| **Voyager** | https://www.youtube.com/channel/UCYYUGTG__Kc_4RBhv7FEolg |
| **Voyager ES** | https://www.youtube.com/channel/UCbQgdxnhVhJHeFxyddQFWFg |
| **Voyager PT** | https://www.youtube.com/channel/UCzDv816SxXdqkwp7lpEuXAg |

*Please refer to the following screenshots below of the about section of each channel

**Voyager:** https://www.youtube.com/channel/UCYYUGTG__Kc_4RBhv7FEoIg



**Voyager ES:** https://www.youtube.com/channel/UCbQgdxnhVhJHeFxyddQFWFg



**Voyager PT:** https://www.youtube.com/channel/UCzDv816SxXdqkwp7lpEuXAg



**2.** The homepages of the channels listed in the table below publicly display the list of channels under the network

| | |
|---|---|
| **Decode FR** | https://www.youtube.com/channel/UCxEKi4Tme_wZ4Z9WH3yW68A |
| **Voyager ES** | https://www.youtube.com/channel/UCbQgdxnhVhJHeFxyddQFWFg |

*Please refer to the following screenshots of the respective "**our channels**" section

**Decode FR:** https://www.youtube.com/channel/UCxEKi4Tme_wZ4Z9WH3yW68A



**Voyager ES:** https://www.youtube.com/channel/UCbQgdxnhVhJHeFxyddQFWFg

